costs to the respondent the City of New York against the appellant estate of Isaac G. Johnson. Order unanimously affirmed, with $20 costs and disbursements to the respondents Villa Charlotte Bronte and Zora Realty Company against the appellant the City of New York. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SCHLEICHER, Appellant.— Judgments affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Glennon and Callahan, JJ., dissent and vote to reverse, dismiss the informations and remit the fine on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

## SECOND DEPARTMENT, MARCH, 1946.

### (March 4, 1946.)

In the Matter of the Application of MAX FEINBERG for Admission to Practice as an Attorney. (From the State of New Jersey.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

THEODORE G. HEMPEL, Respondent, v. CITY OF NEW YORK, Appellant.— Order granting plaintiff's motion for an examination of defendant modified on the facts by striking from the second ordering paragraph the words "its employees of the respective departments of the City of New York, having knowledge of the facts," and substituting in place thereof the following: "Frank S. Sims, Richmond Borough Engineer, Department of Water Supply, Gas and Electricity; Anthony J. Caterina, foreman in the Bureau of Water Supply at Tottenville, Borough of Richmond, Repair Station; Lieut. Nelson and Fireman Asbrock of Hook and Ladder Station #84 of the New York City Fire Department". As thus modified, the order is affirmed, without costs, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

L. LIBBE SIEGEL, Appellant, v. REITA CHADAKOFF, Respondent.— In an action to recover a deposit paid on account of the purchase of real property, and the reasonable cost of examination of title, on the ground that the seller's title is unmarketable, order denying plaintiff's motion for summary judgment, pursuant to rules 113 and 114 of the Rules of Civil Practice, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

### (March 7, 1946.)

ADELAIDE PAGANO, Respondent, v. HARRY BLOCK, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, with $10 costs. The order is not appealable. (Civ. Prac. Act, § 623; Gersman v. Levy, 126 App. Div. 83; Sibilia v. Bayside West Theatres, Inc., 233 App. Div. 860.) Goldberg v. Ornstein (232 App. Div. 84) is distinguishable. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.